HORACE M. GRAY, Appellant, v. MARYLAND CASUALTY COMPANY, Defendant, and PAUL L. BLEAKLEY, Respondent.— In an action to recover damages for breach of contract and to compel respondent Bleakley to assign a certain mortgage, defendant Bleakley moved for summary judgment. Judgment in favor of respondment Bleakley and dismissing the complaint as to him unanimously affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order dismissed as the order is not printed. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

NELLIE HECKERT, Appellant, v. MARGARET BURGESS, Respondent.— In an action in equity, brought by the plaintiff-appellant, the sole heir at law of Edgar S. Clock, deceased, in effect to cancel as a cloud on title a deed of certain real estate executed by Clock in his lifetime, running to the defendant but claimed by the plaintiff never to have been delivered to her, judgment in favor of defendant, dismissing the complaint on the merits, unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.